STATE OF NEW JERSEY v. EDWARD CHARLES SHINN.

January 22, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DIAZ.

January 22, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP LORE.

January 22, 1985.

Petition for certification denied.

JOAN E. SCHULTZ v. MARTIN SEIDENSTEIN.

January 22, 1985.

Petition for certification denied.